Decided June 30, 1999

ROGER EMERICK *v.* ROBERT KUHN ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 52 Conn. App. 724 (AC 16412), is denied.

NORCOTT, J., did not participate in the consideration or decision of this petition.

*Roger Emerick,* pro se, in support of the petition.

Decided July 7, 1999